HERBERT A. WEEKS, Respondent, v. HENRY DOMINY et al., Appellants, and WILLARD N. BAYLIS, Respondent, Impleaded with Others.

*Weeks* v. *Dominy,* 161 App. Div. 414, appeal dismissed.
(Submitted June 15, 1914; decided June 18, 1914.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 25, 1914, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to determine a claim to real property.

The motion was made upon the ground of failure to file the required undertaking and otherwise prosecute the appeal.

*Lynn C. Norris* and *Edward M. Perry* for motion.

*Nicholas J. O'Connell* opposed.

Motion granted and appeal dismissed, with costs of appeal and ten dollars costs of motion, unless appellant files and serves undertaking and pays ten dollars costs within fifteen days. If this condition is not complied with, the motion will be granted.